IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ASHLEY BLAIR MORGAN,

        Appellant,

  v.

Case No.  5D23-41
LT Case No. 45-2020-CF-000422-A

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed June 20, 2023

Appeal from the Circuit Court
for Nassau County,
James H. Daniel, Judge.

Jessica J. Yeary, Public Defender,
and Megan Lynne Long, Assistant
Public Defender, Tallahassee, for
Appellant.

Ashley Moody, Attorney
General, and Robert Charles
Lee, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

EDWARDS, JAY and MACIVER, JJ., concur.